UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTORS LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SNAPCOMMS INC.,<br><br>    Defendant. | Case No. 2:20-cv-03013-(CBM)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE  [JS-6]** |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are dismissed WITH PREJUDICE and Defendant's counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE, wholly dismissing the instant action, Aristors Licensing LLC. v. SnapComms Inc., Case No. 2:20-cv-03013-CBM, with each party to bear its own attorneys' fees and costs.

It is SO ORDERED.

Dated: JULY 20, 2020

_____
HON. CONSUELO B. MARSHALL
United States District Judge